FILED
2010 Apr-08 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EVA NOLAND, | } |
| | } |
|    Plaintiff, | } |
| | } |
| vs. | }   CASE NO. 7:10-cv-0449-SLB |
| | } |
| ALLIED INTERSTATE, INC., | } |
| | } |
|    Defendant. | } |

## ORDER

This case is currently before the court on plaintiff Eva Noland's ("Noland") Motion to Dismiss. (Doc. 4.)[1] The Motion is **GRANTED**. Noland's claims against defendant Allied Interstate, Inc. are **DISMISSED WITHOUT PREJUDICE.** Costs are taxed as paid.

**DONE** this 8th day of April, 2010.

 

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.